No. 1340.—J. Viosca, Jr., v. C. A. Weed & Co. and C. A. Weed.

After a certificate of discharge has been obtained by the debtor from the bankrupt court of the United States, in conformity with the bankrupt act of 1867, section 34, no judgment can be rendered in the cause by the State court except one of dismissal.

APPEAL from Third District Court of New Orleans. *Fellowes*, J. *E. C. Mix* and *C. S. Kellogg*, for plaintiff and appellee. *Sullivan, Billings & Hughes*, for defendant and appellant.

Ludeling, C. J. The defendants having been duly discharged from their debts, by decree of the United States District Court of Louisiana, sitting in bankruptcy, this court can render no judgment in the case except of dismissal. United States bankrupt act of 1867, section 34; 21 An. 58.

It is therefore ordered that the appeal be dismissed at the costs of the appellants.

Rehearing refused.